THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Johnny Ray
 Fewell, #2, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No.  2007-UP-458
Submitted October 1, 2007  Filed October
 11, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of the Office of the Attorney General, of Columbia; and Solicitor
 Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Johnny
 Ray Fewell was convicted of distribution of crack cocaine and distribution of
 crack cocaine within the proximity of a public park or playground.  The trial
 judge sentenced him to fifteen years imprisonment for distribution of crack
 cocaine, and imposed a fifteen year sentence, suspended upon five years probation,
 consecutive, for distribution within the proximity of a park. On appeal, Fewell
 argues the trial judge erred in admitting prior statements of a witness made to
 the police because they were hearsay and prejudicial.  Fewell did not file a pro se brief.  After a thorough review of the record and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1969), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.         
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCRACR.